In the Matter of the Estate of HORACE E. WADSWORTH,
Deceased.

LEE McCANLISS et al., Copartners Composing the Firm
of McCANLISS, COUTANT & HINCH, Appellants;
DOROTHY P. WHITE, as General Guardian of MARY E.
WADSWORTH, an Infant, et al., Respondents.

Argued September 29, 1937; decided October 19, 1937.

*Lee McCanliss* for appellants.

*Kenneth B. Keating* for Dorothy P. White, as general guardian, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.